Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

_____ Division

FILED
JAN 1 0 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Keyron Thomas
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Cuyahoga County Corrections
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 1:25 CV 00045
*(to be filled in by the Clerk's Office)*

**JUDGE CALABRESE**

**MAG JUDGE ARMSTRONG**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Keyron Thomas
All other names by which you have been known:
ID Number: 0297628
Current Institution: Cuyahoga Corrections
Address: 1215 W 3rd St
Cleveland, OH 44113
City / State / Zip Code

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Kunez
Job or Title (if known): Correctional officer
Shield Number:
Employer: Cuyahoga Corrections
Address: 1215 W 3rd St
Cleveland, OH 44113
City / State / Zip Code
[ ] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: O. dams
Job or Title (if known): Correctional officer
Shield Number:
Employer: Cuyahoga Corrections
Address: 1215 W 3rd St
Cleveland, OH 44113
City / State / Zip Code
[ ] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Cuyahoga Corrections center
Job or Title (if known):
Shield Number:
Employer:
Address: Cuyahoga corrections center 1215 W 3rd St
Cleveland / OH / 44113
City / State / Zip Code

☐ Individual capacity  ☐ Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:

City / State / Zip Code
☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My medical rights hippa and Constitunal rights denying me medical for days made him heart get worst

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

They left me in my cell to die knowing I kept asking to get the medicine and they told me to my face I was lieing and there was something wrong with me.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* currently sitting in county waiting for trail

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

no

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

In my cell the CO's kept deny me medical treatment and left me in my cell to die and told me I was lieing CO Brasul, CO Kunez, CO Adams, nurse Newman, Dr Dean, Dr Kohen

C. What date and approximate time did the events giving rise to your claim(s) occur?

Nov 2, around 10:30 pm

1st, 2nd, 3rd shift

Dec 19, Dec 20, Dec 21, Dec 22, Dec 23, Dec 24

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was exposed to black mold and it got me sick my throat almost closed up and the CO's on shift still ignored me while I was trying to get to medical because I knew something was wrong with me and they denied me medical and told me nothing was wrong and let my situation get worse and I was assulted by two inmates

V. **Injuries** under they care and got my nose broken they left a 3 inch cist on my tunsils for days

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My nose got broken, and I caught an virus and an infection from the black mold in this cuyahoga county that swollen up my tunsils and the CO's left me in my cell to die they left a 3 inch cist on my tunsil for days also full body aches and real bad migrone headaches

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I need the court to hold these people accountible for denying me medical treatment for my health and they left a 3inch cist on my tunsils for days and let my situation get worst and worst Im asking for 1.5 million because I have to get more surgeries and still having more complications from these situations for my broken nose and me getting expose to black mold. I'm asking the court to pay me 1.5 million for pain and suffering Im still having complications from these tramatic situations

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

In the Cuyahoga County Corrections Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

I filed the grievance in the inmate grievance and inmate health care grievance form

2. What did you claim in your grievance?

I claim that I needed medical treatment because I couldn't eat or swallow my food for days and that the TB protein didn't help my throat was hurting and can you please get me to a hospital

3. What was the result, if any?

They told me I was lieing and that they sent me TB protein on the med cart when I told them whats going on when me asking a TB protein brother and I felt like I was going to die and they just ignored me and was gu let me die

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I appeal the situation because I knew that this was not right and they should take our medical request more seriously because I almost died they had me in my cell and almost let me die and they should be held accountable for they actions

F. If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here:

  2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-2-2025

Signature of Plaintiff: Keyron Thomas
Printed Name of Plaintiff: Keyron Thomas
Prison Identification #: 0297676
Prison Address: Cuyahoga County Corrections Center
Cleveland, OH 44113

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 

Telephone Number: 
E-mail Address:

Hi my name is Keyron Thomas and I had got sick and almost died from something in this Cuyahoga County and they act like they dont know what's going on It is either the black mold or they poisoned me throu they food and it is unsafe and not human like here I been asking for weeks to try to get to medical and all they did was deny me medical and leave me in my cell it was multiple CO's who I asked to call medical and that I needed medical and they laugh at me and told me I was lieing I ended up catching a virus either from the black mold here or the food and it turned to an infection in my tunsils and it got so bad that my throat closed up and I almost died so the whole time while I was dieing in my cell the CO's denied me medical treatment, for weeks and let my throat close and I almost died then on November 2 around 10:30 in a mourning I was jumped and got my nose broken they ended up sending me to a outside hospital and when I came back they lost my property

and just locked me in a cell and said forget about it I sent multiple kites and inmate grievances all they did was ignor and it just violate my constitutional rights but yeah I had got assulted by two inmates and they allowed it to happen because officer the inmate come back from court they did not ride him out and he was able to crash on me and they broke my nose Im having complications from it right now and they denied me my follow up appointments and nobody came to see me about it yet but yeah the CO's curse on our god told me that I was exposed to black mold and thats what caused me to have a virus that turned into a infection in my tunsils I asked the doctors that tested the fluid they drained from my tunsils what it was and they refused to tell me what it is these doctors here is horrible and the CO's here just laughed at me while I was in my bed begging them for medical I even went down stairs to medical and doctors looked in my throat and told me nothing was going on with me that everything was ok

and the whole time my situation was getting worst & worst and they just kept refusing me medical I have to get more surgeries behind this situation possibly get my tonsils cut out because I kept telling the medical staff here something was wrong with me and they just kept refusing me medical treatment here and this would of been avoided only if they would of just called 911 and got me sent to an outside hospital but they didn't they left me in my cell to die and it scared the heck outta me the CO's involved in this matter is CO Adams, CO Kunez, CO Brasu, Dr. Kolen, Dr Dean, Nurse Newman, they all kept refusing me medical treatment and kept me in my cell for days not able to drink or eat food and let my throat almost swell up close and I could of died I had to get exposed to black mold or they wasn't give me threw the food so I'm trying to sue the Cuyahoga County Jail for violating my civil rights and allowing 2 inmates to insult me also denying me

and refusing me medical treatment for days and me getting exposed to either black mold making me sick or this food here poisoning me but something have got me sick and they denied me medical treatment for days and made my situation worst and this could have easily been avoided by calling 911 and the staff here just ignore my medical concerns as if I was trash off the streets and almost let me die I sent in multiple kites and let everyone know here what happen I'm still having complications rite now in my throat it still kind of hurt when I swallow I told multiple CO's and I been having bad headaches I think I been poisoned or exposed to black mold and they just hiding me and not trying to treat the issue can I please get some help on a lawsuit against this corrupt Cuyahoga County I'm still having complications to my nose they never came to follow up about my nose or my throat since these situations happen they just keep denying me medical treatment

Dereliction of duty

2921.44

Fail to provide persons confined in the detention facility with adequate food clothing bedding shelter, and medical attention also fail to control an unruly prisoner or to prevent intimidation of or physical harm to a prisoner by another

Interfering with civil rights

2921.45

no public servant under color of his office, employment, or authority, shall knowingly deprive, or conspire or attempt to deprive any person of a constitutional or statutory right

Deny me medical for days and letting my health situation get worst and I'm still having complications also getting exposed to black mold

So the employees of this Cuyahoga County has failed me miserably and just left me in my cell for weeks after I asked multiple times I needed medical all they did was deny me medical and I told them multiple times I was having full body pain so they kept sending me IB profin on the medcarts I told them whats wrong with me isn't a IB profin matter so they just ignored me and kept sending me to my cell and then they finally looked down my troat and told me I was lieing and that nothing was down there the whole time I had a 3 inch cut down my throat on my tonsils because I had got exposed to black mold and the CO Daniel told me he said it out his own mouth also they had let me get assulted by two inmates and they had broke my nose I'm still having complications about that because they failed to ride them out So I'm asking this Court to pay me 1.5 million because these CO here violated my Rights and dereliction of duty also for my pain in suffering and them denying me medical for day and being saying there was nothing

wrong with me and the what time it was they left a 3 inch cist on my tonsils for weeks that could of been detected if they would of just called 911 and got me sent to an outside hospital I'm still having complications and I still having to get more surgeries from this situations so I'm asking this court to please reward me 1.5 million for these bad living conditions me getting exposed to black mold almost killing me and these staff here denying me medical almost letting me die and also them to letting me get assulted and getting my nose broken and they denying me medical treatment. People involved is C/o Brasil, C/o Kunez, C/o adams nurse newman, Dr Dean, DR K den oh yeah its possible I could have quiten sick from the food they feed us here they could have poisoning me thru the food to they tested the fluids from my tonsils but didn't want to let me know anything I give you consent to my nizza records so these people can he held accountable for they unprofessional matters